UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | No. 11-2267 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

    Plaintiff and Defendant's Stipulated Request to Continue the Initial Case Management Conference is hereby **GRANTED**. The Initial Case Management Conference is continued until September 21, 2011, at 1:30 p.m. A joint case management statement shall be filed one week prior to the conference.

Date:   July 25, 2011

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIPULATED REQUEST AND PROPOSED ORDER CONTINUING CMC
Case No. 11-2267 DMR