Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone:    (818) 992-9999
Facsimile:    (818) 992-9991
Email:        gan@rpnalaw.com, drg@rpnalaw.com

Attorneys for Plaintiff
GONZALES & GONZALES BONDS AND
INSURANCE AGENCY, INC.

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6813
   FAX: (415) 436-6748
   annie.reding@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. C 11-02267 DMR (LB) <br><br> **STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE** <br><br> [PROPOSED] ORDER |

**1**
**STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**
**C 11-02267 DMR**

1 | Defendant United States Department of Homeland Security and Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc., by and through their respective counsel, stipulate and agree as follows:

    1.    A settlement conference is currently scheduled for October 17, 2011, at 10:00 a.m.

    2.    Due to a scheduling conflict, the parties seek a continuance of the settlement conference to October 24, 2011 at 10:00 a.m.  The parties have been advised that the October 24 date is available for a settlement conference.

    3.    The parties stipulate and agree that pursuant to the Court's September 27, 2011 order, no later than seven days before the settlement conference, they will lodge two copies of their settlement conference statements with the Court.

IT IS SO STIPULATED.

Dated:  October 4, 2011

Respectfully submitted,
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

/s/ Gary A. Nye
GARY A. NYE
DAVID R. GINSBURG
Attorneys for Plaintiff GONZALES & GONZALES
BONDS AND INSURANCE AGENCY, INC.

DATED: October 4, 2011

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/ Ann Marie Reding
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 The Settlement Conference shall be continued from October 17, 2011 to October 24, 2011
3 at 10:00 a.m.  Pursuant to the Court's September 27, 2011 order, no later than seven days before
4 the settlement conference, each party shall lodge (not e-file or file) two copies of the settlement
5 conference statements with the Court.

7 Dated:  October 5, 2011                    _____
   LAUREL BEELER
8   United States Magistrate Judge

**3**
**STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**
**C 11-02267 DMR**