UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Case No. C 11-2267 DMR (LB)<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that Defendant's Motion to Dismiss Plaintiff's Complaint will be heard on January 26, 2012, at 11:00 a.m., with a Case Management Conference to follow. Any opposition to the Motion to Dismiss shall be filed and served by January 5, 2012. Defendant's reply shall be filed and served by January 12, 2012. The parties' Joint Case Management Conference Statement is due to be filed on January 19, 2012.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Donna M. Ryu]