Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone:    (818) 992-9999
Facsimile:    (818) 992-9991
Email:        gan@rpnalaw.com, drg@rpnalaw.com

Attorneys for Plaintiff
GONZALES & GONZALES BONDS AND
INSURANCE AGENCY, INC.


MELINDA HAAG (CSBN 132612)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

ILA C. DEISS (NYSBN 3052909)
Assistant United States Attorney

ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6813
   FAX: (415) 436-6748
   annie.reding@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. C 11-02267 DMR (LB) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

1

**STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE
C 11-02267 DMR**

## STIPULATION

Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("Plaintiff" or "G&G") and Defendant United States Department of Homeland Security ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendant's motion to dismiss is currently scheduled for hearing on January 26, 2012. On December 2, 2011, Defendant advised Plaintiff that it intended to amend its motion to dismiss by December 22, 2011. Defendant also advised that it would be amenable to continuing the hearing and filing deadlines so that the briefing schedule would not fall on or during the holidays.

2. Subject to the Court's approval, and in order to avoid a briefing schedule falling during the holidays, the parties hereby agree and stipulate to the following briefing schedule for the motion to dismiss:

    Filing of amended motion:    January 5, 2012

    Opposition due:    January 19, 2012

    Reply due:    January 26, 2012

    Hearing:    February 9, 2012 at 11:00 a.m.

The parties further agree that, subject to the Court's approval, the Case Management Conference will be continued from January 26, 2012 to February 9, 2012, following the hearing on the motion to dismiss. The parties will file an updated Joint Case Management Conference Statement on or before February 2, 2012.

3. The hearing date has been continued once before when the parties participated in a Mandatory Settlement Conference with Magistrate Judge Laurel Beeler, and the parties sought a continuance in order to continue their efforts to seek a resolution in this case.

4. The parties believe that the requested continuance will have little, if any, impact on the schedule for the case.

1
2     IT IS SO STIPULATED.
3
4
5                                    Respectfully submitted,
                                    MELINDA HAAG
6                                    United States Attorney

7 Dated: December 15, 2011     /s/ Ann Marie Reding
                                   ANN MARIE REDING
8                                    Assistant United States Attorney
                                   Attorneys for the United States of America
9
10
                                   Respectfully submitted,
11                                    R<small>OXBOROUGH</small>, P<small>OMERANCE</small>, N<small>YE</small> & A<small>DREANI</small>, LLP

12 Dated: December 15, 2011     /s/ David R. Ginsburg
                                   GARY A. NYE
13                                    DAVID R. GINSBURG
14                                    Attorneys for Plaintiff
                                   Gonzales & Gonzales Bonds
15                                    and Insurance Agency, Inc.

16
17
18
19
20
21
22
23
24
25
26
27
28

1 [PROPOSED] ORDER

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that the following schedule will apply to Defendant's amended motion to dismiss Plaintiff's Complaint:

| | |
|---|---|
| Filing of amended motion: | January 5, 2012 |
| Opposition due: | January 19, 2012 |
| Reply due: | January 26, 2012 |
| Hearing: | February 9, 2012 at 11:00 a.m. |

A case Management Conference will take place following the hearing on the motion to dismiss. The parties will file an updated Joint Case Management Conference Statement on or before February 2, 2012.

IT IS SO ORDERED.

Dated:  December 15, 2011

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

4
STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE
C 11-02267 DMR