| | |
|---|---|
| 1 | Gary A. Nye, Esq. (Cal. Bar No. 126104) |
| | David R. Ginsburg, Esq. (Cal. Bar No. 210900) |
| 2 | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| 3 | 5820 Canoga Avenue, Suite 250 |
| | Woodland Hills, California 91367 |
| 4 | Telephone: (818) 992-9999 |
| | Facsimile:  (818) 992-9991 |
| 5 | Email:     gan@rpnalaw.com; drg@rpnalaw.com |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | Gonzales & Gonzales Bonds and Insurance Agency, Inc. |
| 8 | MELINDA HAAG (CSBN 132612) |
| 9 | United States Attorney |
| | ALEX G. TSE (CSBN 152348) |
| 10 | Chief, Civil Division |
| | ANN MARIE REDING (CSBN 226864) |
| 11 | Assistant United States Attorney |
| 12 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| 13 | Telephone: (415) 436-6813 |
| | Fax: (415) 436-6748 |
| 14 | Email: annie.reding@usdoj.gov |
| 15 | |
| | Attorneys for Defendant |
| 16 | United States Department of Homeland Security |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., | Case No.  C 11-02267 DMR |
| | |
| Plaintiff, | Honorable Donna M. Ryu |
| | |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| | |
| Defendant. | |

**STIPULATION AND ORDER**                                              Case No. C 11-02267 DMR

1    Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or
2 "Plaintiff") and Defendant United States Department of Homeland Security ("DHS"), by and
3 through their respective counsel, make the following representations and stipulate and agree as
4 follows:
5    G&G and DHS are continuing to engage in meet and confer efforts regarding G&G's
6 motion for attorney's fees and bill of costs based on the Court's Order of December 21, 2012,
7 which ruled upon the parties' motions for summary judgment in this Freedom of Information
8 Act case.
9    The current filing deadline for the motion and bill of costs is March 12, 2013. The
10 parties seek to extend this deadline by one week, to March 19, 2013, to allow for additional
11 time to meet and confer. The parties respectfully request that the Court approve this requested
12 extension.
13    This is the third requested extension of the original January 4, 2013 deadline.
14 DHS' deadline for filing opposition to G&G's motion for attorney's fees and bill of costs
15 would continue to be 30 days from the filing of G&G's motion and bill of costs.
16    The requested extension would not affect the schedule for the case.
17    Nothing herein shall constitute a waiver of DHS' right to oppose or object to G&G's
18 motion for attorney's fees and bill of costs.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: March 8, 2013 | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| 3 |   | /s/ David R. Ginsburg |
| 4 |   | Gary A. Nye |
|   |   | David R. Ginsburg |
| 5 |   | Attorneys for Plaintiff |
|   |   | Gonzales & Gonzales Bonds and Insurance |
| 6 |   | Agency, Inc. |
| 7 |   |   |
| 8 |   | Respectfully submitted, |
|   | Dated: March 8, 2013 | MELINDA HAAG |
| 9 |   | United States Attorney |
| 10 |   |   |
|   |   | /s/ Ann Marie Reding |
| 11 |   | ANN MARIE REDING |
|   |   | Assistant United States Attorney |
| 12 |   | Attorneys for Defendant |
| 13 |   | Department of Homeland Security |

2

**STIPULATION AND ORDER**     Case No. C 11-02267 DMR

# [PROPOSED] ORDER

Pursuant to the stipulation by the parties, the Court extends from March 12, 2013 to March 19, 2013, the deadline for G&G to file its motion for attorney's fees and its bill of costs. DHS' deadline to file opposition to G&G's motion for attorney's fees and bill of costs will remain 30 days from the filing of G&G's motion and bill of costs.

IT IS SO ORDERED.

Dated:  March 11, 2013

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE