1  Gary A. Nye, Esq. (Cal. Bar No. 126104)
   David R. Ginsburg, Esq. (Cal. Bar No. 210900)
2  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
3  5820 Canoga Avenue, Suite 250
   Woodland Hills, California 91367
4  Telephone: (818) 992-9999
   Facsimile:  (818) 992-9991
5  Email:      gan@rpnalaw.com; drg@rpnalaw.com

6
   Attorneys for Plaintiff
7  Gonzales & Gonzales Bonds and Insurance Agency, Inc.

8  MELINDA HAAG (CSBN 132612)
   United States Attorney
9  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
10 ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
11 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
12 Telephone: (415) 436-6813
13 Fax: (415) 436-6748
   Email: annie.reding@usdoj.gov
14

15 Attorneys for Defendant
   United States Department of Homeland Security
16

17           **UNITED STATES DISTRICT COURT**

18    **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

19 GONZALES & GONZALES BONDS          Case No.  C 11-02267 DMR
   AND INSURANCE AGENCY, INC.,
20                                     Honorable Donna M. Ryu
                    Plaintiff,
21                                     **STIPULATION AND** [PROPOSED]
22 vs.                                 **ORDER EXTENDING THE DEADLINE
                                       FOR PLAINTIFF TO FILE MOTION FOR
23 UNITED STATES DEPARTMENT OF         ATTORNEY'S FEES AND BILL OF
   HOMELAND SECURITY,                  COSTS**
24
                    Defendant.
25

26

27

28

---

**STIPULATION AND ORDER**                    **Case No. C 11-02267 DMR**

Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or "Plaintiff") and Defendant United States Department of Homeland Security ("DHS"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

G&G and DHS are continuing to engage in meaningful meet and confer discussions regarding G&G's motion for attorney's fees and bill of costs based on the Court's Order of December 21, 2012, which ruled upon the parties' motions for summary judgment in this Freedom of Information Act case. The most recent discussion occurred on March 12, 2013, and the parties expect to continue discussions over the next couple weeks. The parties' mutual goal is to resolve the fee and cost issue without the need for motion work and a hearing on the matter.

The current filing deadline for the motion and bill of costs is March 19, 2013. Based on their most recent meet and confer, the parties agree that an extension to April 2, 2013 would allow for further meaningful discussion. The parties therefore respectfully request that the Court approve this requested extension.

This is the fourth requested extension of the original January 4, 2013 deadline.

DHS' deadline for filing opposition to G&G's motion for attorney's fees and bill of costs would continue to be 30 days from the filing of G&G's motion and bill of costs.

The requested extension would not affect the schedule for the case.

Nothing herein shall constitute a waiver of DHS' right to oppose or object to G&G's motion for attorney's fees and bill of costs.

**STIPULATION AND ORDER**                                      **Case No. C 11-02267 DMR**

Respectfully submitted,

Dated: March 13, 2013                    ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

                                         /s/ David R. Ginsburg
                                         Gary A. Nye
                                         David R. Ginsburg
                                         Attorneys for Plaintiff
                                         Gonzales & Gonzales Bonds and Insurance
                                         Agency, Inc.


                                         Respectfully submitted,
Dated: March 13, 2013                            MELINDA HAAG
                                         United States Attorney

                                         /s/ Ann Marie Reding
                                         ANN MARIE REDING
                                         Assistant United States Attorney
                                         Attorneys for Defendant
                                         Department of Homeland Security

**STIPULATION AND ORDER**                         **Case No. C 11-02267 DMR**

1

**[PROPOSED] ORDER**

2          Pursuant to the stipulation by the parties, the Court extends from March 19, 2013 to

3   April 2, 2013, the deadline for G&G to file its motion for attorney's fees and its bill of costs.

4   DHS' deadline to file opposition to G&G's motion for attorney's fees and bill of costs will

5   remain 30 days from the filing of G&G's motion and bill of costs.

6

7

8          IT IS SO ORDERED.

9

10

11

12   Dated:  March 13, 2013

13                                          _____
                                            THE HONORABLE DONNA M. RYU
14                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                          Case No. C 11-02267 DMR