Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991
Email: gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Fax: (415) 436-6748
Email: annie.reding@usdoj.gov

Attorneys for Defendant
United States Department of Homeland Security

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. C 11-02267 DMR <br><br> Honorable Donna M. Ryu <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS** |

**STIPULATION AND ORDER**   Case No. C 11-02267 DMR

Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or "Plaintiff") and Defendant United States Department of Homeland Security ("DHS"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

G&G and DHS are continuing to engage in meaningful meet and confer discussions regarding G&G's motion for attorney's fees and bill of costs based on the Court's Order of December 21, 2012, which ruled upon the parties' motions for summary judgment in this Freedom of Information Act case. The most recent discussion occurred on March 21, 2013, and the parties expect to continue discussions over the next couple weeks. The parties' mutual goal is to resolve the fee and cost issue without the need for motion work and a hearing on the matter; however, the negotiations are taking more time than the parties anticipated.

The current filing deadline for the motion and bill of costs is April 2, 2013. Based on their most recent meet and confer, the parties agree that an extension to May 15, 2013 would allow for further meaningful discussion. The parties therefore respectfully request that the Court approve this requested extension.

This is the fifth requested extension of the original January 4, 2013 deadline.

DHS' deadline for filing opposition to G&G's motion for attorney's fees and bill of costs would continue to be 30 days from the filing of G&G's motion and bill of costs.

The requested extension would not affect the schedule for the case.

Nothing herein shall constitute a waiver of DHS' right to oppose or object to G&G's motion for attorney's fees and bill of costs.

**STIPULATION AND ORDER**                         **Case No. C 11-02267 DMR**

1

2

3  Dated: March 22, 2013

                        Respectfully submitted,
                        ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

4

                        <u>/s/ David R. Ginsburg</u>
                        Gary A. Nye

5

                        David R. Ginsburg
                        Attorneys for Plaintiff

6

                        Gonzales & Gonzales Bonds and Insurance

7

                        Agency, Inc.

8

9  Dated: March 22, 2013

                        Respectfully submitted,
                        MELINDA HAAG

10

                        United States Attorney

11

                        <u>/s/ Ann Marie Reding</u>
                        ANN MARIE REDING

12

                        Assistant United States Attorney
                        Attorneys for Defendant

13

                        Department of Homeland Security

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION AND ORDER**                        **Case No. C 11-02267 DMR**

**[PROPOSED] ORDER**

Pursuant to the stipulation by the parties, the Court extends from April 2, 2013 to May 15, 2013, the deadline for G&G to file its motion for attorney's fees and its bill of costs. DHS' deadline to file opposition to G&G's motion for attorney's fees and bill of costs will remain 30 days from the filing of G&G's motion and bill of costs.

IT IS SO ORDERED.

Dated:  March 25, 2013

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE