1 Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
2 ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
3 Woodland Hills, California 91367
Telephone: (818) 992-9999
4 Facsimile:  (818) 992-9991
Email:      gan@rpnalaw.com; drg@rpnalaw.com
5

6 Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.
7

8 MELINDA HAAG (CSBN 132612)
United States Attorney
9 ALEX G. TSE (CSBN 152348)
Chief, Civil Division
10 ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney
11 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
12 Telephone: (415) 436-6813
Fax: (415) 436-6748
13 Email: annie.reding@usdoj.gov
14

15 Attorneys for Defendant
United States Department of Homeland Security
16

17 **UNITED STATES DISTRICT COURT**

18 **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| 19  GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., | Case No.  C 11-02267 DMR |
| 20 | Honorable Donna M. Ryu |
| 21                 Plaintiff, | |
| | **STIPULATION AND [~~PROPOSED~~]** |
| 22  vs. | **ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO FILE MOTION FOR** |
| 23  UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | **ATTORNEY'S FEES AND BILL OF COSTS** |
| 24 | |
| 25                 Defendant. | |
| 26 | |

27

28

---

**STIPULATION AND ORDER**                              **Case No. C 11-02267 DMR**

1        Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or

2    "Plaintiff") and Defendant United States Department of Homeland Security ("DHS"), by and

3    through their respective counsel, make the following representations and stipulate and agree as

4    follows:

5        G&G and DHS are continuing to engage in meaningful meet and confer discussions

6    regarding G&G's motion for attorney's fees and bill of costs based on the Court's Order of

7    December 21, 2012, which ruled upon the parties' motions for summary judgment in this

8    Freedom of Information Act case.  The most recent discussion occurred on March 21, 2013,

9    and the parties expect to continue discussions over the next couple weeks.  The parties' mutual

10   goal is to resolve the fee and cost issue without the need for motion work and a hearing on the

11   matter; however, the negotiations are taking more time than the parties anticipated.

12       The current filing deadline for the motion and bill of costs is April 2, 2013.  Based on

13   their most recent meet and confer, the parties agree that an extension to May 15, 2013 would

14   allow for further meaningful discussion.  The parties therefore respectfully request that the

15   Court approve this requested extension.

16       This is the fifth requested extension of the original January 4, 2013 deadline.

17       DHS' deadline for  filing opposition to G&G's motion for attorney's fees and bill of

18   costs would continue to be 30 days from the filing of G&G's motion and bill of costs.

19       The requested extension would not affect the schedule for the case.

20       Nothing herein shall constitute a waiver of DHS' right to oppose or object to G&G's

21   motion for attorney's fees and bill of costs.

22

23

24

25

26

27

28

1

**STIPULATION AND ORDER**                                    **Case No. C 11-02267 DMR**

1

2
3
Dated: March 22, 2013

Respectfully submitted,
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

4
5
6
7

/s/ David R. Ginsburg
Gary A. Nye
David R. Ginsburg
Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance
Agency, Inc.

8

9
10
Dated: March 22, 2013

Respectfully submitted,
MELINDA HAAG
United States Attorney

11
12
13

/s/ Ann Marie Reding
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant
Department of Homeland Security

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**                                    **Case No. C 11-02267 DMR**

1

**[PROPOSED] ORDER**

2      Pursuant to the stipulation by the parties, the Court extends from April 2, 2013 to May

3   15, 2013, the deadline for G&G to file its motion for attorney's fees and its bill of costs.  DHS'

4   deadline to file opposition to G&G's motion for attorney's fees and bill of costs will remain 30

5   days from the filing of G&G's motion and bill of costs.

6

7      IT IS SO ORDERED.

8

9

10   Dated:  March 25, 2013

11                                                   _____

12                                                   THE HONORABLE DONNA M. RYU
                                                     UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3