1   Gary A. Nye, Esq. (Cal. Bar No. 126104)
    David R. Ginsburg, Esq. (Cal. Bar No. 210900)
2   ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
    5820 Canoga Avenue, Suite 250
3   Woodland Hills, California 91367
    Telephone: (818) 992-9999
4   Facsimile: (818) 992-9991
    Email:   gan@rpnalaw.com; drg@rpnalaw.com
5
6
    Attorneys for Plaintiff
7   Gonzales & Gonzales Bonds and Insurance Agency, Inc.

8   MELINDA HAAG (CSBN 132612)
    United States Attorney
9   ALEX G. TSE (CSBN 152348)
    Chief, Civil Division
10  ANN MARIE REDING (CSBN 226864)
    Assistant United States Attorney
11  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
12  Telephone: (415) 436-6813
    Fax: (415) 436-6748
13  Email: annie.reding@usdoj.gov
14
15  Attorneys for Defendant
    United States Department of Homeland Security
16

17              **UNITED STATES DISTRICT COURT**

18      **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

19

20  GONZALES & GONZALES BONDS         Case No.  C 11-02267 DMR
    AND INSURANCE AGENCY, INC.,
21                                     Honorable Donna M. Ryu
                      Plaintiff,
22                                     **STIPULATION AND [PROPOSED]**
23  vs.                                **ORDER EXTENDING THE DEADLINE**
                                       **FOR PLAINTIFF TO FILE MOTION FOR**
24  UNITED STATES DEPARTMENT OF        **ATTORNEY'S FEES AND BILL OF**
    HOMELAND SECURITY,                 **COSTS**
25
26                    Defendant.
27
28

---

**STIPULATION AND ORDER**                    **Case No. C 11-02267 DMR**

1    Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or

2    "Plaintiff") and Defendant United States Department of Homeland Security ("DHS"), by and

3    through their respective counsel, make the following representations and stipulate and agree as

4    follows:

5    G&G and DHS are continuing to engage in meaningful meet and confer discussions

6    regarding G&G's motion for attorney's fees and bill of costs based on the Court's Order of

7    December 21, 2012, which ruled upon the parties' motions for summary judgment in this

8    Freedom of Information Act case.  The most recent discussion occurred on May 2, 2013, and

9    the parties expect to continue discussions over the next couple months.  The parties' mutual

10   goal is to resolve the fee and cost issue without the need for motion work and a hearing on the

11   matter.

12   The current filing deadline for the motion and bill of costs is May 15, 2013.  Based on

13   their most recent meet and confer, the parties agree that an extension to July 17, 2013 would

14   allow for further meaningful discussion.  The parties therefore respectfully request that the

15   Court approve this requested extension.

16   This is the sixth requested extension of the original January 4, 2013 deadline.

17   DHS' deadline for  filing opposition to G&G's motion for attorney's fees and bill of

18   costs would continue to be 30 days from the filing of G&G's motion and bill of costs.

19   The requested extension would not affect the schedule for the case.

20   Nothing herein shall constitute a waiver of DHS' right to oppose or object to G&G's

21   motion for attorney's fees and bill of costs.

22

23

24

25

26

27

28

**STIPULATION AND ORDER**                              **Case No. C 11-02267 DMR**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: May 6, 2013                    ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

                                      /s/ David R. Ginsburg
                                      Gary A. Nye
                                      David R. Ginsburg
                                      Attorneys for Plaintiff
                                      Gonzales & Gonzales Bonds and Insurance
                                      Agency, Inc.


                                      Respectfully submitted,

Dated: May 6, 2013                    MELINDA HAAG
                                      United States Attorney

                                      /s/ Ann Marie Reding
                                      ANN MARIE REDING
                                      Assistant United States Attorney
                                      Attorneys for Defendant
                                      Department of Homeland Security

**STIPULATION AND ORDER**                    **Case No. C 11-02267 DMR**

# [PROPOSED] ORDER

Pursuant to the stipulation by the parties, the Court extends from May 15, 2013 to July 17, 2013, the deadline for G&G to file its motion for attorney's fees and its bill of costs. DHS' deadline to file opposition to G&G's motion for attorney's fees and bill of costs will remain 30 days from the filing of G&G's motion and bill of costs.

IT IS SO ORDERED.

Dated: May 7, 2013

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER**          **Case No. C 11-02267 DMR**