Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:      gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Fax: (415) 436-6748
Email: annie.reding@usdoj.gov

Attorneys for Defendant
United States Department of Homeland Security

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                    Defendant. | Case No.  C 11-02267 DMR<br><br>Honorable Donna M. Ryu<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS** |

1    Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or

2    "Plaintiff") and Defendant United States Department of Homeland Security ("DHS"), by and

3    through their respective counsel, make the following representations and stipulate and agree as

4    follows:

5    G&G and DHS have agreed in principle to a settlement regarding G&G's motion for

6    attorney's fees and bill of costs based on the Court's Order of December 21, 2012, which ruled

7    upon the parties' motions for summary judgment in this Freedom of Information Act case.

8    The parties are currently working on formalizing the settlement in writing.

9    The current filing deadline for the motion and bill of costs is July 17, 2013.  The parties

10   agree that an extension to August 2, 2013 should allow for enough time to enter into a written

11   settlement agreement.  The parties therefore respectfully request that the Court approve this

12   requested extension.

13   This is the seventh requested extension of the original January 4, 2013 deadline.

14   DHS' deadline for  filing opposition to G&G's motion for attorney's fees and bill of

15   costs would continue to be 30 days from the filing of G&G's motion and bill of costs.

16   The requested extension would not affect the schedule for the case.

17   Nothing herein shall constitute a waiver of DHS' right to oppose or object to G&G's

18   motion for attorney's fees and bill of costs.

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**                              **Case No. C 11-02267 DMR**

1

2                                    Respectfully submitted,

3   Dated: July 8, 2013              ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

4                                    /s/ David R. Ginsburg

5                                    Gary A. Nye
                                     David R. Ginsburg
6                                    Attorneys for Plaintiff
                                     Gonzales & Gonzales Bonds and Insurance
7                                    Agency, Inc.

8

9                                    Respectfully submitted,

10  Dated: July 8, 2013              MELINDA HAAG
                                     United States Attorney
11

12                                   /s/ Ann Marie Reding

13                                   ANN MARIE REDING
                                     Assistant United States Attorney
14                                   Attorneys for Defendant
                                     Department of Homeland Security
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**                    **Case No. C 11-02267 DMR**

1

**[~~PROPOSED~~] ORDER**

2      Pursuant to the stipulation by the parties, the Court extends from July 17, 2013 to

3  August 2, 2013, the deadline for G&G to file its motion for attorney's fees and its bill of costs.

4  DHS' deadline to file opposition to G&G's motion for attorney's fees and bill of costs will

5  remain 30 days from the filing of G&G's motion and bill of costs.

6

7

8      IT IS SO ORDERED.

9

10

11

Dated:  July 10, 2013

12

_____

13  THE HONORABLE DONNA M. RYU
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**                    **Case No. C 11-02267 DMR**