Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991
Email: gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Fax: (415) 436-6748
Email: annie.reding@usdoj.gov

Attorneys for Defendant
United States Department of Homeland Security

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. C 11-02267 DMR <br><br> Honorable Donna M. Ryu <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS** |

1     Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or "Plaintiff") and Defendant United States Department of Homeland Security ("DHS"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

    G&G and DHS have agreed in principle to a settlement regarding G&G's motion for attorney's fees and bill of costs based on the Court's Order of December 21, 2012, which ruled upon the parties' motions for summary judgment in this Freedom of Information Act case. The parties have drafted a settlement agreement and expect to be able to finalize the agreement once the timing of the settlement payment is determined. The parties should know this very shortly.

    The current filing deadline for the motion and bill of costs is August 2, 2013. The parties agree that an extension to August 9, 2013 should allow for enough time to enter into a written settlement agreement. The parties therefore respectfully request that the Court approve this requested extension.

    This is the eighth requested extension of the original January 4, 2013 deadline.

    DHS' deadline for filing opposition to G&G's motion for attorney's fees and bill of costs would continue to be 30 days from the filing of G&G's motion and bill of costs.

    The requested extension would not affect the schedule for the case.

    Nothing herein shall constitute a waiver of DHS' right to oppose or object to G&G's motion for attorney's fees and bill of costs.

1

**STIPULATION AND ORDER**            Case No. C 11-02267 DMR

|   |   |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | Dated: July 26, 2013     ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |

Respectfully submitted,

Dated: July 26, 2013

ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

/s/ David R. Ginsburg
Gary A. Nye
David R. Ginsburg
Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.

Respectfully submitted,

Dated: July 26, 2013

MELINDA HAAG
United States Attorney

/s/ Ann Marie Reding
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant
Department of Homeland Security

2

**STIPULATION AND ORDER**     **Case No. C 11-02267 DMR**

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the stipulation by the parties, the Court extends from August 2, 2013 to |
| 3 | August 9, 2013, the deadline for G&G to file its motion for attorney's fees and its bill of costs. |
| 4 | DHS' deadline to file opposition to G&G's motion for attorney's fees and bill of costs will |
| 5 | remain 30 days from the filing of G&G's motion and bill of costs. |

IT IS SO ORDERED.

Dated: Lvn{"4; .''4235

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION AND ORDER**                                     **Case No. C 11-02267 DMR**