Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:      gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Fax: (415) 436-6748
Email: annie.reding@usdoj.gov

Attorneys for Defendant
United States Department of Homeland Security

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., <br><br>Plaintiff, <br><br>vs. <br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br>Defendant. | Case No.  C 11-02267 DMR <br><br>Honorable Donna M. Ryu <br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO ENFORCE** |

**STIPULATION AND ORDER**                                            Case No. C 11-02267 DMR

1  Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or
2  "Plaintiff") and Defendant United States Department of Homeland Security ("DHS"), by and
3  through their respective counsel, make the following representations and stipulate and agree as
4  follows:
5  On February 28, 2014, Plaintiff filed a motion to enforce the Court's remand order and
6  a motion to hold Defendant in civil contempt. *See* Dkt. No. 83. Plaintiff noticed its motion for
7  a hearing on April 10, 2014. *Id.*
8  On April 2, 2014, the Court continued the hearing to April 24, 2014 at 11:00 a.m. *See*
9  Dkt. No. 86. On the same date, counsel for Defendant informed Plaintiff's counsel that she
10 will be traveling out of state from April 22, 2014 through April 27, 2014, and is therefore
11 unavailable on April 24, 2014.
12 Whereas the parties hereby stipulate and agree to seek a continuance of the
13 April 24, 2014 hearing date to the Court's next available hearing date. As a result, the parties
14 respectfully request a continuance of the hearing until May 8, 2014 at 11:00 a.m.

                Respectfully submitted,

Dated: April 4, 2014       ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

                /s/ David R. Ginsburg
                Gary A. Nye
                David R. Ginsburg
                Attorneys for Plaintiff
                Gonzales & Gonzales Bonds and Insurance
                Agency, Inc.

                Respectfully submitted,
Dated: April 4, 2014       MELINDA HAAG
                United States Attorney

                /s/ Ann Marie Reding
                ANN MARIE REDING
                Assistant United States Attorney
                Attorneys for Defendant
                Department of Homeland Security

**STIPULATION AND ORDER**            **Case No. C 11-02267 DMR**

1 <center>[PROPOSED] ORDER</center>

Pursuant to the stipulation by the parties, the Court continues the hearing on Plaintiff's motion to enforce the Court's remand order and motion to hold Defendant in civil contempt to May 8, 2014 at 11:00 a.m. before the Honorable Donna M. Ryu.

IT IS SO ORDERED.

Dated: April 8, 2014



_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE