Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:       gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Fax: (415) 436-6748
Email: annie.reding@usdoj.gov

Attorneys for Defendant
United States Department of Homeland Security

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., <br><br>Plaintiff, <br><br>vs. <br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br>Defendant. | Case No.  C 11-02267 DMR <br><br>Honorable Donna M. Ryu <br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

1  Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or
2  "Plaintiff") and Defendant United States Department of Homeland Security ("DHS" or
3  "Defendant"), by and through their respective counsel, hereby jointly and respectfully submit
4  the following stipulation and proposed order:

5  The parties' hereby agree and stipulate to the following briefing schedule for their
6  cross-motions for summary judgment:

7  • DHS will file its summary judgment motion on or before July 24, 2015;
8  • G&G will file its opposition to DHS's motion and G&G's cross-motion for summary
9     judgment on or before September 4, 2015;
10 • DHS will file its reply in support of its motion for summary judgment and its opposition
11    to G&G's motion on or before October 16, 2015; and
12 • G&G will file its reply in support of its motion on or before October 30, 2015.

13
14 Dated: April 24, 2015                    ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

15                                          /s/ Gary A. Nye
                                            Gary A. Nye
16                                          David R. Ginsburg
                                            Attorneys for Plaintiff
17                                          Gonzales & Gonzales Bonds and Insurance
18                                          Agency, Inc.

19
                                            MELINDA HAAG
20                                          United States Attorney

21 Dated: April 24, 2015                     /s/ Ann Marie Reding
                                            ANN MARIE REDING
22                                          Assistant United States Attorney
23                                          Attorneys for Defendant Department
                                            of Homeland Security
24

25        PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 Dated:  April 24, 2015
                                            _____
27 A hearing on the motion is set for       THE HONORABLE DONNA M. RYU
   December 10, 2015 at 11:00 a.m.          UNITED STATES MAGISTRATE JUDGE
28

1

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**                    Case No. C 11-02267 DMR