Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:     gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.

BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Fax: (415) 436-6748
Email: annie.reding@usdoj.gov

Attorneys for Defendant
United States Department of Homeland Security

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No.  C 11-02267 DMR <br><br> Honorable Donna M. Ryu <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** <br><br> Current Hearing Date:         January 14, 2016 <br> Proposed New Hearing Date: January 28, 2016 |

1    Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. ("G&G" or "Plaintiff") and Defendant United States Department of Homeland Security ("DHS" or "Defendant"), by and through their respective counsel, hereby jointly and respectfully submit the following stipulation and proposed order:

On April 24, 2015, the parties agreed and stipulated to a briefing schedule for their cross-motions for summary judgment.  The Court adopted the parties' stipulation and set a hearing on the cross-motions for December 10, 2015, at 11:00 a.m.  Dkt. No. 112.  The Court subsequently granted the parties' stipulated requests to extend filing deadlines, and indicated in its Order of August 24, 2015, that it may reschedule the December 10, 2015 hearing date.  Dkt. No. 117.

On November 10, 2015, the court in *United States v. Gonzales & Gonzales Bonds & Ins. Agency, Inc.*, Case No. C-09-4029 EMC, rescheduled a hearing on a disputed issue, as well as a case management conference, for January 14, 2016, at 1:30 p.m.  The undersigned counsel also represents G&G in that case, which is venued in San Francisco.

On November 16, 2015, the last of the summary judgment papers was filed in the instant case.  On November 17, 2015, the Court rescheduled the hearing on the summary judgment motions to January 14, 2016, at 11:00 a.m.  Dkt. No. 121.

G&G's counsel will be unable to prepare for and attend both hearings on the same day, especially with the hearings taking place in different courthouses.  G&G and its counsel therefore respectfully request a continuance of the hearing on the cross-motions for summary judgment from January 14 to January 28, 2016, at 11:00 a.m.  Counsel for DHS has graciously agreed to stipulate to this request.  The requested continuance should not impact the schedule for the case.

Dated: December 9, 2015

ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
/s/ David R. Ginsburg
Gary A. Nye
David R. Ginsburg
Attorneys for Plaintiff
Gonzales & Gonzales Bonds and Insurance Agency, Inc.

1

**STIPULATION AND PROPOSED ORDER**                              Case No. C 11-02267 DMR

1 | Dated: December 9, 2015

BRIAN J. STRETCH
Acting United States Attorney
/s/ Ann Marie Reding
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant Department
of Homeland Security

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 11, 2015

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Donna M. Ryu

2

**STIPULATION AND PROPOSED ORDER**            Case No. C 11-02267 DMR